

**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

---

*Office of International Affairs*                    *Washington, D.C.  20530*

December 20, 2019

The Honorable Keith A. Pesto
United States Magistrate Judge
Penn Traffic Building, Room 206
319 Washington Street
Johnstown, Pennsylvania 15901

     Re:    Verification of Consent to Transfer Hearing for
              Anthony Mace, Reg. No. 32734-479

Dear Judge Pesto:

     The Verification of Consent Hearing to transfer is scheduled for January 15, 2020 at 1:30 p.m.  Enclosed are documents for the above-mentioned prisoner, as well as:

1. Verification of consent to transfer forms;
2. The Council of Europe Convention;
3. 18 U.S.C. §§4100-4115;
4. Proceedings for the Transfer of Offenders to or from Foreign Countries.

     Please note that for security reasons it is BOP policy not to disclose this date to anyone other than the individuals involved in the consent verification hearing that need to know.  As a result, this information should not be disclosed to anyone else including the prisoner's family members and consulate.  If you have any questions, please call me at 202-514-7245 or 202-514-3173.

                        Sincerely,

                        April L. Days
                        International Prisoner Transfer Unit

cc:    Federal Public Defender Office, Pittsburg, PA



**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

*Office of International Affairs*                          *Washington, D.C. 20530*

November 20, 2019

Mr. Joel A. Sickler, Criminologist
Justice Advocacy Group, LLP
114 N. Alfred Street, Suite 330
Alexandria, VA  22314

Dear Mr. Sickler:

Our records show that you are the attorneys of record for Anthony Mace, Reg. No. 32734-479 who has applied for an international prisoner transfer. A consent verification will be conducted in the near future. Please advise this office if you will be representing the prisoner at this hearing and, if not, whether you object to our office sharing information regarding your client with the federal public defender who may be appointed to represent the prisoner at this hearing. Please respond to the questions below, sign and email your response to April.Days@usdoj.gov as soon as possible.

| | |
|---|---|
| ☐ | I no longer represent this prisoner. |
| ☐ | I will be representing this prisoner at the consent hearing and would like more information regarding the upcoming consent hearing. |
| ☒ | I still represent this prisoner but will not be participating in the consent hearing. I authorize you to disclose to the federal public defender information regarding my client. |

_____            11/21/19        212-558-3920
Signature of Representative               Date              Telephone

If you have any questions, please contact April Days at 202-514-7245 or Natalie Grayer at 202-514-3173.

Sincerely,

*Paula a. Wolff*

Paula A. Wolff, Associate Director
International Prisoner Transfer Unit

cc:    United States Magistrate Judge



**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

*Office of International Affairs*                    *Washington, D.C.  20530*

<u>MEMORANDUM</u>

DATE:        December 20, 2019

TO:            Jamey Koehn
                  Federal Bureau of Prisons
                  (202-598-8018)

FROM:       April L. Days
                  International Prisoner Transfer Unit
                  (202-514-7245)

SUBJECT:   Verification of Consent to Transfer Hearing for
                  Anthony Mace, Reg. No. 32734-479

   The verification of consent to transfer hearing for the above-mentioned prisoner will be held on Wednesday, January 15, 2020 at 1:30 p.m.  The hearing will be conducted by U.S. Magistrate Judge Keith A. Pesto (814-533-4504).  The prisoner will be represented by an Assistant Federal Public Defender (412-644-6565).

cc:    Honorable Keith A. Pesto
        U.S. Magistrate Judge



**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

---

*Office of International Affairs*                    *Washington, D.C. 20530*

---

Hearing:     January 15, 2020        At:     1:30 p.m.
In:          Johnstown, Pennsylvania
The Honorable Keith A. Pesto
The Western District of Pennsylvania

---

Moshannon Valley Correctional Institution - Philipsburg, Pennsylvania

Federal Prisoner

Anthony Mace
Reg. No. 32734-479
Country: United Kingdom
Projected Release Date: 06/30/2021
Language: **English**
Gender: Male
Race: White
DOB: 12/16/1951
    POB:  Lambourn, England
    United States District Court
    Southern District of Texas
    Case No.: 4:17CR00618-001



**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

---

*Office of International Affairs*                    *Washington, D.C.  20530*

---

### THE INSTRUCTIONS FOR DISTRIBUTING THE SIGNED CONSENT VERIFICATION FORMS FOLLOWING THE COMPLETION OF THE HEARING FOR FEDERAL PRISONERS ARE AS FOLLOWS:

-    One original or certified copy of signed consent form for the Magistrate Judge to maintain for the court records;

-    Two original or certified copies of signed consent forms for the Magistrate Judge to mail to the International Prisoner Transfer Unit along with the recording of the hearing (for U.S. Department of Justice and the Federal Bureau of Prisons records).

Subsequent to the completion of the Consent Verification Proceeding, please email or fax me copies of all signed consent and/or withdrawal form(s) that were executed at the hearing.  In addition, please forward to me the original or certified copies of each consent and/or withdrawal form(s) along with the recording of the Verification and Consent Hearing as soon as possible.  Our office is required to maintain these records.  This is important because the Federal Bureau of Prisons will not make arrangements to collect prisoners until it receives a copy of the executed forms.

April L. Days
International Prisoner Transfer Unit
Office of International Affairs
John C. Keeney Building, 10th Floor
1301 New York Avenue, N.W.
Washington, D.C. 20530
Office:  (202) 514-7245 (Direct) / (202) 514-3173 (Main)
Fax: (202) 514-9003
E-mail: April.Days@usdoj.gov

**Place of hearing**:                                                **Docket number**:

**Date**:                        **Prisoner register No.**: 32734-479   **DOJ#**: CRM-236539-03-8-995-F

## VERIFICATION OF CONSENT TO TRANSFER TO UNITED KINGDOM
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

      I, Anthony John Mace, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1.     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2.     My sentence will be carried out according to the laws of the UNITED KINGDOM;

3.     If a court of the UNITED KINGDOM should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the UNITED KINGDOM, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4.     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

5.     I understand that if I have a motion pending requesting a sentence reduction based on recent retroactive changes to the sentencing guidelines or if I have a motion pending under the recently announced executive clemency program, it is my responsibility to notify the Department of Justice if these motions subsequently result in a change to my sentence. I understand that this notification is necessary so that the Department will be able to notify the country administering my transferred sentence. This notification should include a copy of the order and should be sent to: The International Prisoner Transfer Unit, Office of International Affairs, Criminal Division, United States Department of Justice, 1301 New York Avenue, NW, Washington, D.C. 20530.

      I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

<br>

_____
Signature of transferring prisoner

<br>

     Subscribed before me this _____ day of _____, 20____. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

<br>

_____
Verifying Officer

<br>

_____
Print name and office

**Place of hearing**:                                     **Docket number**:

**Date**:                          **Prisoner register No.**: 32734-479   **DOJ#**: CRM-236539-03-8-995-F

## VERIFICATION OF CONSENT TO TRANSFER TO UNITED KINGDOM
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

      I, Anthony John Mace, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1.     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2.     My sentence will be carried out according to the laws of the UNITED KINGDOM;

3.     If a court of the UNITED KINGDOM should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the UNITED KINGDOM, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4.     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

5.     I understand that if I have a motion pending requesting a sentence reduction based on recent retroactive changes to the sentencing guidelines or if I have a motion pending under the recently announced executive clemency program, it is my responsibility to notify the Department of Justice if these motions subsequently result in a change to my sentence. I understand that this notification is necessary so that the Department will be able to notify the country administering my transferred sentence. This notification should include a copy of the order and should be sent to: The International Prisoner Transfer Unit, Office of International Affairs, Criminal Division, United States Department of Justice, 1301 New York Avenue, NW, Washington, D.C. 20530.

      I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

                                    _____
                                    Signature of transferring prisoner

      Subscribed before me this _____ day of _____, 20____. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

                                    _____
                                    Verifying Officer

                                    _____
                                    Print name and office

**Place of hearing:**                                   **Docket number**:

**Date**:                    Prisoner register No.: 32734-479   DOJ#: CRM-236539-03-8-995-F

### VERIFICATION OF CONSENT TO TRANSFER TO UNITED KINGDOM
### FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

   I, Anthony John Mace, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2. My sentence will be carried out according to the laws of the UNITED KINGDOM;

3. If a court of the UNITED KINGDOM should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the UNITED KINGDOM, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

5. I understand that if I have a motion pending requesting a sentence reduction based on recent retroactive changes to the sentencing guidelines or if I have a motion pending under the recently announced executive clemency program, it is my responsibility to notify the Department of Justice if these motions subsequently result in a change to my sentence. I understand that this notification is necessary so that the Department will be able to notify the country administering my transferred sentence. This notification should include a copy of the order and should be sent to: The International Prisoner Transfer Unit, Office of International Affairs, Criminal Division, United States Department of Justice, 1301 New York Avenue, NW, Washington, D.C. 20530.

   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the UNITED KINGDOM for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

         _____

         Signature of transferring prisoner

   Subscribed before me this \_\_\_\_\_ day of _____, 20\_\_\_\_. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

         _____

         Verifying Officer

         _____

         Print name and office

Instructions:

Court: If the prisoner declines to consent to the transfer, please have the prisoner execute this form. Please fax or email the executed form to the International Prisoner Transfer Unit (fax 202-514-9003) as soon as possible after the hearing and the Prisoner Transfer Unit will notify the foreign government and the United States Bureau of Prisons.

## WITHDRAWAL OF CONSENT TO TRANSFER BY FOREIGN NATIONAL

I, _____, hereby indicate that I am no longer interested
(PRISONER)

in being transferred to my home country to continue serving the sentence imposed on me by a court in

the United States.

_____   _____
Signature of prisoner                                    Date

_____
Prisoner number

_____
Institution or hearing location (City, State or Country)

_____
Verifying Officer or Witness

_____
Print name and office

OEO/IPTU 22-WithdrawalFN



# HM Prison &
# Probation Service

Her Majesty's Prison & Probation Service
Equality, Interventions & Operational Practice Group
Cross Border Transfer Section
Southern House
1st Floor, Post Point 1.23
Wellesley Grove
Croydon
CR0 1XG

Telephone: +44 (0)7773 056298
Email: Jacqui.West2@justice.gov.uk

Ms Paula A Wolff (Chief)
International Prisoner Transfer Unit
US Department of Justice
Office of Enforcement Operations
John C Keeney Building
12th Floor
10th & Constitution Avenue, NW
Washington DC 20530-0001
USA

Your Ref: Reg No 32734-479
Our Ref: PDP/Mace

Date: 14 November 2019

**COUNCIL OF EUROPE CONVENTION ON THE TRANSFER OF SENTENCED PERSONS**

**NAME: Anthony John MACE– DOB: 16/12/1951– Reg no: 32734-479**

I refer to your letter, with which you forwarded information relating to the above named prisoner, who has requested transfer to the United Kingdom.

Her Majesty's Government is willing to agree to the transfer of Roy Williams and I enclose a Declaration formally requesting his transfer under the terms of the Convention.

I confirm that in accordance with Article 9 (1) (a) of the Convention, the United Kingdom will continue to enforce the sentence of 36 months imprisonment imposed in the USA.

I enclose extract from the relevant statute, which provides that the offence committed by the prisoner would be an offence if committed in England and Wales.

The part of the sentence served in the United States of America is subject to its law and, therefore, to American rates of remission. As Mr Mace is a Federal prisoner, the UK will credit him with the amount of days that the Federal authorities confirm he is entitled to at the time of his transfer.

Having deducted the appropriate period served, or deemed to have been served, in the United States of America, the resulting "balance to serve" will be deemed to be equivalent to a UK sentence and will commence on the date on which Mr Mace is received into a prison establishment here.

Under arrangements applicable in England and Wales, release from custody in the UK will be governed by the provisions of the Criminal Justice Act 2003 and the Criminal Justice and Immigration Act 2008.  These provide for automatic release at the halfway point of a sentence. However, as a prisoner repatriated to the UK he will be automatically released from custody once he has served one half of the balance of the sentence remaining at the date of transfer.  Because UK release arrangements do not apply to the whole of the sentence, and that the calculation of the balance of the sentence remaining to be served in the UK takes account of USA remission or credits, the actual release date may be later than the halfway point of the whole sentence.

Once released from custody Mr Mace will be subject to a licence and under the supervision of the Probation Service. The licence will run until the end of the sentence. The prisoner will be at risk of being returned to custody to serve the remaining part of his sentence if he should breach the conditions of his licence or commit a further offence. Also while under licence the prisoner will not normally be permitted to leave the United Kingdom.

If all parties give their consent to the transfer, a definite date should be agreed, preferably giving about five weeks notice.

I am sending a copy of this letter along with Anthony Mace's consent forms for him to sign to the British Consulate General in New York.


Yours sincerely
*Jacqui West*
Jacqui West



# Ministry of JUSTICE

## DECLARATION

I am authorised by the Secretary of State to declare that the Government of the United Kingdom consents to the transfer from the United States of America to the United Kingdom of **Anthony John Mace** and formally requests that he be transferred under the terms of the Council of Europe Convention on the Transfer of Sentenced Persons.

Date: 16 th November 2019

Graham Wilkinson
Head of Section

*Changes to legislation: There are currently no known outstanding effects for the Fraud Act 2006, Section 4. (See end of Document for details)*



# Fraud Act 2006

## 2006 CHAPTER 35

*Fraud*

**4    Fraud by abuse of position**

(1) A person is in breach of this section if he—

    (a) occupies a position in which he is expected to safeguard, or not to act against, the financial interests of another person,

    (b) dishonestly abuses that position, and

    (c) intends, by means of the abuse of that position—

        (i) to make a gain for himself or another, or

        (ii) to cause loss to another or to expose another to a risk of loss.

(2) A person may be regarded as having abused his position even though his conduct consisted of an omission rather than an act.



**U.S. Department of Justice**

Criminal Division
International Prisoner Transfer Unit

_Office of International Affairs_                                     _Washington, D.C. 20530_

**OCT 2 2 2019**


Graham Wilkinson
Equality Rights and Decency Group
Her Majesty's Prison and Probation Service
Post point 4.10
4th Floor, Clive House
70 Petty France
London, England SW1H 9EX

      Re:    Anthony John Mace, Reg. No. 32734-479
              Approval of Request to Transfer to the United Kingdom
              Under the COE Convention on the Transfer of Sentenced Persons

Dear Mr. Wilkinson:

      On September 23, 2019, the United States approved the request of the above-referenced prisoner to transfer to the United Kingdom to serve his prison sentence. The prisoner is currently incarcerated at the Moshannon Valley Correctional Institution, Philipsburg, Pennsylvania. The sentence is final at the present time since there are no appeals or post-judgment collateral proceedings pending. Enclosed for your consideration are the following documents:

      1.      Transfer inquiry form;

      2.      Copy of birth certificate and/or passport (not available);

      3.      Copy of the certified judgment;

      4.      Certified copy of the applicable laws;

      5.      Information concerning administration of the sentence;

      6.      Case summary and addendum; and

      7.      Fingerprints and photograph.

_Record KR 10/7/19    Iwip 10-7-19    Paw 10/9/19_

If the United Kingdom decides to approve the prisoner's transfer, please provide the following:

1.      A document or statement confirming that the United Kingdom approves or consents to the transfer;

2.      A document or statement confirming that the prisoner is a national of the United Kingdom for the purposes of the Convention;

3.      A copy of the relevant law which makes the offense for which the prisoner is in custody in the United States a criminal offense in the United Kingdom;

4.      A statement as to whether the "continued enforcement" procedure or the "conversion of sentence" procedure would be applied; and

5.      A statement indicating the nature and duration of the sentence which the prisoner will serve if he is transferred.  Please include information about arrangements for remission and conditional release.

Sincerely,


Paula A. Wolff, Associate Director
International Prisoner Transfer Unit


Enclosures (6)


cc (without enclosures):
        Tracey Stevenson, British Embassy, Washington, D.C.
        British Consulate General, New York, NY
        Jamey Koehn, Federal Bureau of Prisons, Washington, D.C.
        Joel A Sickler, Esq.

BP-A0297
APR 15                                    Transfer Inquiry and Review

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| 1. Name<br>Mace, Anthony | 2. Date of Birth<br>12-16-1951 |
|---|---|
| 3. Register Number<br>32734-479 | 4. Citizenship<br>United Kingdom |
| 5. Institution<br>Moshannon Valley Correctional Center | 6. Place of Birth<br>Lambourn, England |
| 7. Sentence<br>36 Months / 1 Year SRT | 8. Offense<br>Conspiracy to Violate the Foreign Corrupt Practices Act |

9. Language Preference English

10. ✓ Eligible

       _____ Ineligible

11. If ineligible:
       _____ Less than six months to serve
       _____ Currently pending appeal
       _____ Mexican National – Immigration Charges Only
       _____ Mexican National – Life Sentence
       _____ Other per PS 5140.40

_M. Heenen / M. B._
**Case Manager (PRINT/SIGNATURE)**

_D. Harmic / D. Harmic (acting UM)_
**Reviewed by Unit Manager (PRINT/SIGNATURE)**

**YES, I AM INTERESTED:**
I hereby indicate an interest in being transferred to continue serving the sentence
imposed by United States Judicial Authorities to the country of citizenship or
nationality indicated above. I understand that this is just an inquiry to obtain data
before the actual request for transfer and is not binding upon either the government or
me. I understand that I will need to contact my consulate and notify them of my interest
in transfer in order for my home country to verify my citizenship or nationality and to
initiate any separate transfer procedure applicable in my country. I understand that
failure to make such contact may significantly delay or prevent a favorable decision on my
transfer request. I understand that upon approval for transfer, I will be required to
attend a consent verification hearing before a United States Magistrate Judge. I have
indicated above the language preference for my verification hearing and understand an
interpreter will be available if necessary.

I understand I am not eligible for transfer if I have an appeal or collateral attack
pending, but that I may apply for transfer when the appeal or collateral attack
process has concluded.

| Inmate Signature | Date<br>1-29-19 |
|---|---|

**NO, I AM NOT INTERESTED:**
I hereby indicate that at this time, I am NOT interested in being transferred to continue
serving the sentence imposed by the United States Judicial authorities, to the country of
the citizenship indicated above. I understand I can apply at any time.

| Inmate Signature | Date |
|---|---|

File in Inmate Central File, Section 2, except if FOI Exempt

PDF                           Prescribed by P5140                  Replaces BP-297(51) of AUG 05

FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 2

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
          Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

**ENTERED**
October 12, 2018
David J. Bradley, Clerk

UNITED STATES OF AMERICA
v.
**ANTHONY MACE**

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: **4:17CR00618-001**
USM NUMBER: 32734-479

☐ See Additional Aliases.

**THE DEFENDANT:**

Ann-Elizabeth Ostrager & Nicolas Bourtin
Defendant's Attorney

☒ pleaded guilty to count(s)   1 on November 9, 2017.
☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.
☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. §§ 78dd-2 and 3, and 18 U.S.C. § 371 | Conspiracy to violate the Foreign Corrupt Practices Act | 12/31/2011 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is ☐ are dismissed on the motion of the .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 28, 2018
Date of Imposition of Judgment

Signature of Judge

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

10/10/18
Date

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 2 -- Imprisonment

DEFENDANT: **ANTHONY MACE**                                                    Judgment -- Page 2 of 6
CASE NUMBER: **4:17CR00618-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of <u>36 months.</u>
This term consists of THIRTY-SIX (36) MONTHS as to Count 1.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be designated to LSCI Allenwood in White Deer, Pennsylvania, or a facility as close to New York City, New York, as
    possible.

    That the defendant be afforded the opportunity to participate in the prison's Institutional Hearing Program to address removal
    proceedings.
☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
    ☐  at _____   ☐ a.m. ☐ p.m. on _____ .
    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on _____ .
    ☒  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                        _____
                                                              UNITED STATES MARSHAL

                                        By  _____
                                                       DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 02/18) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

DEFENDANT: ANTHONY MACE
CASE NUMBER: 4:17CR00618-001

# SUPERVISED RELEASE

Upon release from imprisonment you will be on supervised release for a term of: 1 year.
This term consists of ONE (1) YEAR as to Count 1.  This term will be unsupervised if the defendant resides abroad.

☐  See Additional Supervised Release Terms.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from
   imprisonment and at least two periodic drug tests thereafter, as determined by the court.
      ☐  The above drug testing condition is suspended, based on the court's determination that you
          pose a low risk of future substance abuse. (*check if applicable*)
4. ☐  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A
       or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒  You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
       directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work,
       are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐  You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed
because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation
officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your
   release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer
   about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the
   court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living
   arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying
   the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72
   hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to
   take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from
   doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses
   you from doing so. If you plan to change where you work or anything about your work (such as your position or your job
   responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10
   days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of
   becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of
   a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was
    designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without
    first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may
    require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the
    person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **ANTHONY MACE**
CASE NUMBER: **4:17CR00618-001**

## SPECIAL CONDITIONS OF SUPERVISION

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

☐  See Additional Special Conditions of Supervision.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 5 -- Criminal Monetary Penalties

DEFENDANT: **ANTHONY MACE**
CASE NUMBER: **4:17CR00618-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | $150,000.00 | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| ☐ See Additional Restitution Payees. | | | |
| **TOTALS** | $0.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

DEFENDANT: **ANTHONY MACE**                                        Judgment — Page 6 of 6
CASE NUMBER: **4:17CR00618-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $150,100.00 _____ due immediately, balance due

    ☐  not later than _____, or

    ☒  in accordance with  ☐ C, ☐ D, ☐ E, or ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
    after the date of this judgment; or

D  ☐  Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
    after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
    will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

    Payable to: Clerk, U.S. District Court, Attn: Finance, P.O. Box 61010, Houston, TX 77208

                Balance due in 50% of any wages earned while in prison in accordance with the Bureau of Prisons' Inmate Financial
                Responsibility Program.  Any balance remaining after release from imprisonment shall be due in monthly installments
                of $150 to commence 60 days after release from imprisonment to a term of supervision.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**          **Joint and Several**     **Corresponding Payee,**
**(including defendant number)**   **Total Amount**   **Amount**            **if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

<u>Administration of the Sentence</u>

Name:   Anthony John Mace

Sentence:   36 months

Date sentence imposed:   September 28, 2018

Jail time credit:  1 day

Good conduct time earned as of October 2, 2019:  0 days

Full term release date:   November 18, 2021
(Maximum sentence)

Projected release date if prisoner remains in the United States:   June 30, 2021